**United States Bankruptcy Court**
Eastern District of New York

In re   10 Deep Clothing Inc.                                                Case No.   **1-22-41733**
                             Debtor(s)                                       Chapter    **7**

## AMENDED AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:   11/2/22

Gregory M. Messer 7539
Attorney for Debtor(s)
Law Office of Gregory Messer
26 Court Street
Suite 2400
Brooklyn, NY 11242
718 858-1474 Fax:718 797-5360
gmesser@messer-law.com

**United States Bankruptcy Court**
**Eastern District of New York**

In re   10 Deep Clothing Inc._____   Case No.   **1-22-41733**_____
                                                    Debtor(s)                                  Chapter   **7**_____

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President and Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing A/B Traveles Insurance Policy and Con Edison the amounts are unknown. E/F to take out two creditors Scott Sasso and Cult Shoppe as creditors. SOFA to change 2021 yearly gross income, consisting of __20__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  __11/2/22_____        Signature  _____
                                                                                                  **Scott Sasso**
                                                                                                  **President and Owner**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                             18 U.S.C. §§ 152 and 3571.

Fill in this information to identify the case:

Debtor name  **10 Deep Clothing Inc.**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF NEW YORK**

Case number (if known)  **1-22-41733**

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                                                             Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Chase Bank | Checking Account | 0792 | $3,000.00 |
| 3.2. Chase Bank | Savings Account | 9012 | $0.01 |
| 3.3. Paypal Account | Transfer Account |  | $589.41 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.                                                                                                        $3,589.42
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

Debtor   **10 Deep Clothing Inc.**                                  Case number *(If known)* **1-22-41733**
         Name

| | | |
|---|---|---|
| 7.1. | Security deposit on lease for office at 68 Jay Street | Unknown |
| 7.2. | Refund due on Travelers Insurace Polices (Wholesale policy and Umbrella) | Unknown |
| 7.3. | Refund Due from Unility companies( Con Edison and National Grid) | Unknown |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                     $0.00
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    0.00         -    0.00     = ....    Unknown
                              face amount         doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                    $0.00
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                            % of ownership

    15.1. 10 Deep Clothing Inc. has a wholly owned subsidiary, Deep State LLC.    100  %                    Unknown

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**                                                                                    $0.00
    Add lines 14 through 16. Copy the total to line 83.

Debtor    **10 Deep Clothing Inc.**                                Case number *(if known)* **1-22-41733**
         Name

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** Debtor has some blank sweatshirts that need to have design work printed on them | | Unknown | | Unknown |
| **21. Finished goods, including goods held for resale** There is an assortment of the Debtor's Inventory currently held in the Debtor's primary place of business in Brooklyn, New York. | | $0.00 | N/A | $150,000.00 |
| "I - News is currently storing and assortments of Debtor's Inventory in a warehouse in Seattle," | | $0.00 | | $750,000.00 |

**22. Other inventory or supplies**

**23. Total of Part 5.**                                                                    $900,000.00
Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 3

Debtor   **10 Deep Clothing Inc.**          Case number *(If known)* **1-22-41733**
        Name

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>Miscellaneous office furniture, including a couch | $3,000.00 | N/A | $3,000.00 |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software<br>Debtor has a few computers within the office space but they are older models. There are also some book cases and several printers. | $0.00 | N/A | $2,000.00 |

42. Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. Total of Part 7.                                                                                   $5,000.00
    Add lines 39 through 42. Copy the total to line 86.

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ■ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

54. Does the debtor own or lease any real property?

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. Patents, copyrights, trademarks, and trade secrets

Debtor    **10 Deep Clothing Inc.**                                    Case number *(if known)* **1-22-41733**
          Name

| | | | |
|---|---|---|---|
| 10 Deep Clothing Inc. owns, through its wholly owned subsidiary Deep State LLC, approximately 50 trademarks, which are registered in the United States and other countries. | $0.00 | N/A | $750,000.00 |
| Debtor owns various copyrights | Unknown | | $0.00 |

61. Internet domain names and websites

62. Licenses, franchises, and royalties

63. Customer lists, mailing lists, or other compilations

64. Other intangibles, or intellectual property

65. Goodwill

66. **Total of Part 10.**                                                                                          **$750,000.00**
    Add lines 60 through 65. Copy the total to line 89.

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    ■ No
    ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                                    Current value of
                                                                                                    debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Debtor | 10 Deep Clothing Inc. | Case number *(If known)* 1-22-41733 |
|---|---|---|
| | Name | |

| " Valuation of counterclaims is partly based on damages incurred by 10 Deep as a result of I-News' misrepresentations and failure to issue required advances. | | $1,250,000.00 |
|---|---|---|
| Nature of claim | | |
| Amount requested | $0.00 | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                                                      $1,250,000.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **10 Deep Clothing Inc.**
Name

Case number *(If known)* **1-22-41733**

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $3,589.42 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $900,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $5,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9* ............> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $750,000.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $1,250,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,908,589.42 + 91b. | $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $2,908,589.42 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 10 Deep Clothing Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | 1-22-41733 |

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**223 Water Street**<br>**240 water Streer**<br>**Brooklyn, NY 11201**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Storage Space**<br>Is the claim subject to offset? ■ No ☐ Yes | $205.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**58 Kenmare Associates LLC**<br>**1430 Broadway Suite #1505**<br>**New York, NY 10018**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Basis for the Claim:**<br><br>**Lawsuit brought by landlord for alleged breach of lease with tenant Cult Shoppe, Inc. Debtor is a guarantor on the lease.**<br>Is the claim subject to offset? ☐ No ■ Yes | $182,836.08 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**200 Vesey Street**<br>**New York, NY 10285**<br>Date(s) debt was incurred **2021-2022**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit Card account of the Debtor**<br>Is the claim subject to offset? ■ No ☐ Yes | $80,000.00 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Chatov, LLC**<br>**40 Water Street**<br>**Brooklyn, NY 11201**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $7,879.73 |

Debtor    **10 Deep Clothing Inc.**                                    Case number (if known)    **1-22-41733**
          Name

| 3.5 | Nonpriority creditor's name and mailing address<br>Cozen O'Connor<br>175 Greenwich Street<br>55th Floor<br>New York, NY 10007<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Legal work done on behalf of the Debtor**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,465.00 |
|---|---|---|---|
| 3.6 | Nonpriority creditor's name and mailing address<br>**International News, Inc.**<br>**In care of Inews Counsel**<br>**701 fifth ave. Suite#3300**<br>**Karr Tuttle Campbell**<br>**Seattle, WA 98104**<br>Date(s) debt was incurred **July 2017**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **International News, Inc. has a Warehouse in Kent, Washington, and they are holding merchandise that uses the trademarks of the Debtor. The alleged debt stems from a lawsuit brought by International News, Inc. against the debtor.**<br>Is the claim subject to offset? ☐ No ■ Yes | $3,600,000.00 |
| 3.7 | Nonpriority creditor's name and mailing address<br>**Joshua Fishel**<br>**100 S Santa Fe Avenue**<br>**Apt. 424**<br>**Los Angeles, CA 90013**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business**<br>Is the claim subject to offset? ■ No ☐ Yes | $6,526.72 |
| 3.8 | Nonpriority creditor's name and mailing address<br>**NuOrder**<br>**8455 Beverly Blvd. 401**<br>**Los Angeles, CA 90048**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,639.33 |
| 3.9 | Nonpriority creditor's name and mailing address<br>**NYSIF**<br>**Po Box 66699**<br>**Albany, NY 12206**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,254.66 |
| 3.10 | Nonpriority creditor's name and mailing address<br>**Reachheadwear/ReachMFG**<br>**2848 Leonis BIVD**<br>**Los Angeles, CA 90058**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **5337** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | $360.00 |
| 3.11 | Nonpriority creditor's name and mailing address<br>**Renato Garcia**<br>**99 Moore Street**<br>**Apt. 4B**<br>**Brooklyn, NY 11206**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Personal Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,000.00 |

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 2 of 4

| Debtor | 10 Deep Clothing Inc. | Case number (if known) | 1-22-41733 |
|---|---|---|---|

### 3.12
**Nonpriority creditor's name and mailing address**
Stradley Ronon Stevens & Young
100 Park Ave
#2000
New York, NY 10017
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal work rendered to the Debtor__

Is the claim subject to offset? ■ No ☐ Yes

**$55,486.05**

### 3.13
**Nonpriority creditor's name and mailing address**
Tanton Grubman
780 3rd Ave
New York, NY 10017
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Accounting work done on behalf of the Debtor__

Is the claim subject to offset? ■ No ☐ Yes

**$15,017.25**

### 3.14
**Nonpriority creditor's name and mailing address**
The Pokemon Co
10400 NE Street
Bellevue, WA 98008
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business__

Is the claim subject to offset? ■ No ☐ Yes

**$4,982.80**

### 3.15
**Nonpriority creditor's name and mailing address**
Top Growth Marketing
664 Westminster Avenue
Venice, CA 90291
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

### 3.16
**Nonpriority creditor's name and mailing address**
United Business Corporation
9440 Telsar Avenue
El Monte, CA 91731
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business__

Is the claim subject to offset? ■ No ☐ Yes

**$65,134.92**

### 3.17
**Nonpriority creditor's name and mailing address**
UPS
Po Box 809488
Chicago, IL 60680
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Rendered__

Is the claim subject to offset? ■ No ☐ Yes

**$206.70**

### 3.18
**Nonpriority creditor's name and mailing address**
White and Williams LLP
7 Times Square
Suite # 2900
New York, NY 10036
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal services where performed on behalf of the debtor__

Is the claim subject to offset? ■ No ☐ Yes

**$58,078.39**

**Part 3:    List Others to Be Notified About Unsecured Claims**

Debtor   **10 Deep Clothing Inc.**      Case number (if known) **1-22-41733**
       Name

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Charles E Boulbol<br>26 Broadway<br>17th Floor<br>New York, NY 10004 | Line **3.2**<br>☐ Not listed. Explain ____ | — |
| 4.2 | International News<br>19226 70th Ave S<br>Kent, WA 98032 | Line **3.6**<br>☐ Not listed. Explain ____ | — |
| 4.3 | Stradley Ronon Stevens<br>& Young<br>100 park avenue<br>suite # 2000<br>New York, NY 10017 | Line **3.2**<br>☐ Not listed. Explain ____ | — |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 4,087,572.63 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 4,087,572.63 |